IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HARIKA SUVAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:21-cv-00032 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| CATERPILLAR, INC., | ) MAGISTRATE JUDGE HOLMES |
| | ) |
| Defendant. | ) |

## ORDER

Pursuant to the Joint Stipulation of Dismissal filed by the parties (Doc. No. 55), this case is hereby **DISMISSED WITH PREJUDICE** under Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE